United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SON AN NGUYEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-23-4670 |
| ERIKA MICHELLE NEELY and PV | § | |
| HOLDING CORP. d/b/a AVIS | § | |
| BUDGET GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant PV Holding Corp. d/b/a Avis Budget Group, Inc.'s Traditional and No-Evidence Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE** against PV Holding Corp d/b/a Avis Budget Group, Inc. and **DISMISSED WITHOUT PREJUDICE** against Erika Michelle Neely.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 26th day of September, 2024.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE